UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

| | | |
|---|---|---|
| JAMES I. DALE, | : | CIV. 04-4153 |
| Plaintiff, | : | |
| vs. | : | |
| DARYL SLYKHUIS, Interim Warden, in his individual and official capacities; KELLY DAUGHTERS, Counselor, in his individual capacity; and MARK LEONARD, in his individual capacity, | : : : | **MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | : | |
| | : | |

o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o-o

     Pursuant to Federal Rule of Civil Procedure 56, Defendants Daryl Slykhuis, Kelly Daughters, and Mark Leonard move for summary judgment based on Dale's failure to exhaust his administrative remedies, on the merits, and based on qualified immunity. This motion is based on a separate supporting brief, the pleadings in this case, a statement of undisputed material facts, and affidavits of Robyn Meinerts, Daryl Slykhuis, and Elizabeth Martin (Doc. 46).

Case Number: Civ. 04-4153
Motion for Summary Judgment
Page 2

Dated this 21st day of November, 2006.

        WOODS, FULLER, SHULTZ & SMITH P.C.


By   /s/ James E. Moore
   James E. Moore
   Jeffrey L. Bratkiewicz
   Post Office Box 5027
   300 South Phillips Avenue, Suite 300
   Sioux Falls, SD 57117-5027
   Attorneys for Defendants


## CERTIFICATE OF SERVICE

I certify that on the 21st day of November, 2006, I sent to:

   Mr. James I. Dale, #39050
   South Dakota State Penitentiary
   P.O. Box 5911
   Sioux Falls, SD 57117-5911

by United States first-class mail, postage prepaid, a true and correct copy of the foregoing Motion for Summary Judgment.

   /s/ James E. Moore
   One of the Attorneys for Defendants